**No. 43183.**—Protests 967765–G, etc., of Fern Shoe Co. (Los Angeles).

Opinion by BROWN, J. It was stipulated that the merchandise is the same as that the subject of Abstract 42426. The claim at 15 percent under paragraph 1530 (b) (4) was therefore sustained.

**No. 43184.**—Protest 954462–G of Fred'k Loeser & Co., Inc. (New York).

Opinion by BROWN, J. It appeared that the leather sandals in question were not McKay sewn. The claim at 20 percent under paragraph 1530 (e) was therefore sustained.

**No. 43185.**—Protest 6016–K of General Concession Corp. (Cleveland).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of Abstract 42413. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 43186.**—Protest 990321–G of New York Merchandise Co., Inc. (Los Angeles).

Opinion by BROWN, J. It was stipulated that the merchandise in question is the same as that passed upon in *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 43187.**—Protests 990060–G, etc., of Abercrombie & Fitch Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of leather cases for carrying fishing tackle similar to those the subject of Abstract 42425. The claim at 35 percent under paragraph 1531 was therefore sustained.

**No. 43188.**—Protests 951757–G, etc., of Mitchell Shipping & Forwarding Co. et al. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Abstract 41389 the fur pieces in question were held dutiable at 10 percent under paragraph 1555 as claimed.